# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SAMUEL L. STATEN, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2789

———————————————

May 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Samuel L. Staten, III, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.